IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FRANCISCO ROBLEDO,**

    Plaintiff,

v.                                          Civil Action No. 3:09CV162

**CHEVONNE BURKS, et al.,**

    Defendants.

**MEMORANDUM OPINION**

    Plaintiff, a Virginia inmate proceeding pro se and in forma pauperis, filed this civil action. By Memorandum Order entered on June 24, 2009, the Court ordered Plaintiff to file a particularized complaint. The Court warned Plaintiff that a failure to comply with the above directives within twenty (20) days of the date of entry thereof would result in summary dismissal of the action.

    Plaintiff has not complied with the order of this Court. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(b).

    The Clerk is directed to mail a copy of the Memorandum Opinion to Plaintiff.

    It is so ORDERED.

                                                /s/        REP
                                          Robert E. Payne
                                          Senior United States District Judge

Date: October 9, 2009
Richmond, Virginia